IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL D. MATTHEWS,

     Plaintiff,            1: 08 CV 0395 OWW WMW PC

  vs.                        ORDER

JAMES A. YATERS, et al.,

     Defendants.

On March 30, 2009, an order was entered, remanding this action to the Fresno County Superior Court. That order erroneously directed the Clerk to remand this action to the Kings County Superior Court. As noted in the remand order, this action was initiated in Fresno County Superior Court, case number 07 CE CG 02862. The Clerk is therefore directed to remand this action to the Fresno County Superior Court.

IT IS SO ORDERED.

**Dated:   March 30, 2009**                 /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE